UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at WINCHESTER

| | |
|---|---|
| BOBBY E. ROBINSON, JR., ) | |
| ) | |
| *Plaintiff,* ) | |
| ) | Case No. 4:11-cv-63 |
| v. ) | |
| ) | Judge Mattice |
| COMMISSIONER OF SOCIAL SECURITY, ) | Magistrate Judge Lee |
| ) | |
| *Defendant.* ) | |

# ORDER

In November 2011, Plaintiff filed his Application to Proceed *In Forma Pauperis* ("Application"). (Doc. 1). In his Application, Plaintiff did not provide information sufficient to determine whether he was indigent. Thus, on November 17, 2011, United States Magistrate Judge Susan Lee ordered him to supplement the Application with a more detailed statement of his financial situation. (Doc. 3). Although Magistrate Judge Lee specifically admonished Plaintiff that his failure to submit the required information may result in the denial of his Application, Plaintiff did not respond to the Magistrate Judge's Order. Consequently, on December 28, 2011, Magistrate Judge Lee filed a Report and Recommendation (Doc. 6), in which she recommended that Plaintiff's Application be denied without prejudice.

Plaintiff has filed no objections to the Magistrate Judge's Report and Recommendation.[1] Nevertheless, the Court has reviewed the Report and

---

[1] Magistrate Judge Lee specifically advised Plaintiff that he had 14 days in which to object to the Report and Recommendation. (Doc. 6 at 1 n.1); *see* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(2); *see also Thomas v. Arn*, 474 U.S. 140, 148-51 (1985) (noting that "[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings").

Recommendation as well as the record, and it agrees with Magistrate Judge Lee's conclusion.

Accordingly, Magistrate Judge Lee's Report and Recommendation (Doc. 6) is **ACCEPTED** and **ADOPTED** in its entirety. Plaintiff's Application to Proceed *In Forma Pauperis* (Doc. 1) is **DENIED WITHOUT PREJUDICE**.

The Clerk is **DIRECTED** to close this case.

**SO ORDERED** this 17th day of February, 2012.

                                           */s/Harry S. Mattice, Jr.*
                                         HARRY S. MATTICE, JR.
                                         UNITED STATES DISTRICT JUDGE

-2-

Case 4:11-cv-00063   Document 7   Filed 02/17/12   Page 2 of 2   PageID #: 22